IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-696-AP**

**TERRY W. ROGERS,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Joint Motion to Amend Briefing Schedule (doc. #7), filed August 7, 2006, is GRANTED. Plaintiff's Opening Brief is due September 27, 2006; Defendant's Response Brief is due October 27, 2006; Plaintiff's Reply Brief is due November 13, 2006.

Dated:  August 8, 2006