IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00696-WYD

TERRY W. ROGERS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (filed December 14, 2007) is **GRANTED**. In consideration thereof, if is

**ORDERED** that Defendant pay to Plaintiff reasonable attorney fees in the amount of $5,288.80.

Dated: December 14, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge